In the Matter of the Claim of SHANE BEGOR, Claimant, v MARK HOLMES, Doing Business as FOUR SEASONS LOGGING, et al., Respondents, and BRENNER & McHUGH, INC., et al., Respondents, and AMERICAN ZURICH INSURANCE COMPANY, Appellant. WORKERS' COMPENSATION BOARD, Respondent.

Submitted October 12, 2010; decided November 23, 2010

Motion for reargument of motion for leave to appeal denied [*see* 15 NY3d 815 (2010)].